# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MARTINEZ,<br><br>  Plaintiff,<br><br> v.<br><br>AMY LOPEZ, et al.,<br><br>  Defendants. | Case No. 1:18-cv-00221-DAD-SAB<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>(ECF No. 2)<br><br>THIRTY DAY DEADLINE |

Plaintiff Gabriel Martinez, who is incarcerated in Fresno County Jail, appears pro se in this action. On February 13, 2018, Plaintiff filed a complaint in this action and an application to proceed in forma pauperis. (ECF Nos. 1, 2.) Plaintiff's application is not properly completed as the certificate regarding his inmate account has not been completed nor has Plaintiff attached a certified copy of his trust account statement showing transactions for the past six months as required. Plaintiff indicated that he has received money from business, profession, or other self-employment over the last 12 months, but he did not describe the source of money, the amount received, and what he expects that he will continue to receive. He answered "yes" to question 5 on the application indicating that he owns real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property, but he did not state the value. He answered "yes" to question 6 on the application indicating that he has other assets, but he did not state the

value. Therefore, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action. Plaintiff must answer all questions on the form so that the Court can determine whether he is entitled to proceed in forma pauperis. If Plaintiff is unwilling to complete and submit the application to proceed in forma pauperis, he must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED without prejudice;
2. The Office of the Clerk is directed to provide Plaintiff with an application to proceed in forma pauperis by a prisoner;
3. Within thirty (30) days from the date of service of this order, Plaintiff shall either (1) file an application to proceed in forma pauperis including a certified copy of his trust account statement showing transactions for the past 6 months or (2) pay the $400.00 filing fee for this action;
4. No extension of time will be granted without a showing of good cause; and
5. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **February 16, 2018**

_____
UNITED STATES MAGISTRATE JUDGE