# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMY LOPEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00221-DAD-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FRESNO COUNTY JAIL<br><br>(ECF No. 4) |

Plaintiff Gabriel Martinez, who is incarcerated in Fresno County Jail, appears pro se in this action. On February 13, 2018, Plaintiff filed a complaint in this action and an application to proceed in forma pauperis. (ECF Nos. 1, 2.) Plaintiff's application to proceed in forma pauperis was denied without prejudice. (ECF No. 3.) On March 5, 2018, Plaintiff filed a second application to proceed in forma pauperis. (ECF No. 4.)

Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Fresno County Jail is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory

1

1 | filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

2 |      In accordance with the above and good cause appearing therefore, IT IS HEREBY
3 | ORDERED that:

4 |      1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

5 |      2.  **The Fresno County Sheriff or his designee shall collect payments from Plaintiff's jail trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the detainee's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action;**

     3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Fresno County Jail, via the court's electronic case filing system (CM/ECF); and

     4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:   **March 6, 2018**

                                    UNITED STATES MAGISTRATE JUDGE